# EXHIBIT 1



126 Coffman Memorial Union
300 Washington Avenue S.E.
Minneapolis, MN 55455
Phone: (612) 626-6919
Fax: (612) 624-9124
E-mail: sao@umn.edu

**Student Group Large Scale Event Process**

The process below is to be followed by any registered student group proposing to host a large scale event on the University of Minnesota campus.  It should be noted by groups hoping to host such an event that this process includes a significant amount of investment on the group's part. This should be considered before entering into any agreements with; sponsors, venders, artists or performers, as it will need to be completed in its entirety before an event can be confirmed and space reservations held. Student Activities encourages groups not to enter into any written agreements until they have received approval to host the event from the Large Scale Events Committee. Student Activities staff can advise on partnership agreement verbiage as part of a Student Activities advising meeting.

**Large Scale Event Defined:**
Student group sponsored events taking place in a large campus venue or outdoor space that will draw a significant amount of the campus population, a large off-campus crowd, or represents a significant security concern (i.e. public figure, celebrity, etc.).  Events may include, but are not limited to; concerts, lectures, public appearances, performances and rallies.

**Venue Reservations**
Although student groups registered with the University of Minnesota have the ability to reserve large campus venues for events, groups will need to meet with Student Activities staff and ultimately have support of the Large Scale Events Committee before a large campus venue reservation can be confirmed. The venue may be held for the group during this time, but the reservation will only be confirmed upon approval by the Large Scale Events Committee.

**Student Activities Approval**
In meeting with Student Activities, student groups must produce a completed **Large Scale Event Proposal** (see attached).  Student groups will be asked to provide documentation of financial commitment to the event as part of their proposal. Upon completion of the **Large Scale Event Proposal**, Student Activities will work with campus partners to determine feasibility of hosting the event on campus, and may ask for the student group to attend a meeting of the Large Scale Events Committee.

**Large Scale Events Committee Representation and Decision Process**
The Large Scale Events Committee consists of members from UMPD, University Services, Parking and Transportation, Student Unions and Activities, and other campus departments impacted by large scale events on campus. This group is charged with determining if the campus is able to support proposed large scale events. Student groups proposing a large scale event may be asked to participate in a meeting of the Large Scale Events Committee to discuss their proposed event. Groups will only be given permission to proceed with event planning based on the committee's determination of whether the campus can support the event taking into account issues such as; other events happening on campus, human resources needed to support the event, impact of the event to the campus community, impact of event on community surrounding campus.

**Large Scale Event Proposal**
Student group event proposals will need to include the following.

1. **Event Description and Timeline:**
   Provide a detailed description of the event including all pertinent event logistics, number of expected attendees, target audience (i.e. students only, general public, etc.) and a timeline for the event that includes all details from set-up to event tear-down.
   **Campus Venue:** include information on the venue requested and any back up venues for the event (on or off campus).
   **Outdoor Space:** information on outdoor space set up plan and any weather plans (rain back up site).

2. **Group (s) Responsible:**
   Provide information on the group(s) planning the event or contributing to the production.
   **Student Group(s):** Student groups responsible for booking on-campus venues and partnering on event. Provide plan for staffing event (number of members).
   **Promoters:** Information on any organization or agency coordinating a performance or touring group looking to bring a packaged performance to the University.
   **Sponsors:** Information on organizations willing to commit funding in return for recognition with the event.
   **Vendors**: Information on organizations/agency's/personnel to be involved, including: staging, sound, lighting, personnel, security, etc.)

3. **Artist/Performer/Speaker/Public Official/High Profile Guest Information:**
   Provide detailed information as to who the event will feature. Indicate any contracts needed to enter into for this event and the status of any offers being made. Include information on the following points:
   - **Performance** – Information on the general "act" performed by this artist what will be done at the proposed event.
   - **Background** –This should include past performances, any issues or concerns at other performances, or reasons for security concerns.
   - **Rationale for Artist Selection** -  This should be information on why this artist was selected for an event at the University of Minnesota and should include indicators such as; # of followers on social media, polling research conducted by student group, past performances.
   - **Representation** – Information on the artist's agency or organizations coordinating their appearance, any promoters the group is working with to contact the artist and any middle agencies being used to work with the artist.

4. **Security/Impact to campus community:**
   Provide your plan for any security concerns caused by hosting this event on campus.  This should include best estimates on impact to traffic, parking, and safety on campus by any crowds formed as a result of the event, either incidental or otherwise (i.e. ticket lines, ticket resale at venue, crowding at venue). This should also include any concerns for resources needed to secure or transport artists/performers/speakers.

5. **Event Marketing:**
   Provide a detailed plan for marketing of the event that includes information on the following points (at a minimum);
   - **Target audience:** UMN students, non-students, age range
   - **Media:** TV/Radio ads, Newspaper ads, social media, posters, fliers, no active promotion
   - **Agency responsible for carrying out marketing tactics and plan:** Student Group, Artist, Artist's Agency, Promotional firm, Sponsors

6. **Event Ticketing**

    Provide a detailed ticketing plan for the event that includes;
    - **Ticket Pricing:** UMN student, staff/faculty, alumni, general public (advance v. door sales)
    - **Ticket Sales:**
        - Where: online, in-person, both?
        - When: on sale dates, at the door?
        - Who: student group, third party vender?
    - **Ticket Structure and Plans:** general admission, assigned seating
    - **Considerations for Refunds or Transfers (due to weather or other situations)**
    - **Plans for Ticket management the night of the event (wrist banding, ID checking, scanning, etc.)**
    - **Plans for handling cash or financial transactions**

7. **Event Projected Budget**

    Provide a detailed budget of expected expenses and incomes for the event. (See SUA example Event Budget)

8. **Financial Commitment:**

    Provide information regarding student group's financial commitment to making this event happen including information on any written and/or verbal agreements entered into by student group including the following:
    - **Student Group Contribution:** Plan for raising funds or are funds already available
    - **Event Partner Contribution:** other organizations helping the planning of the event and the total value of their contributions.
    - **Event Sponsors:** a list of all sponsors that includes specifics on their company make-up and total cash contributions.