UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Young America's Foundation, a Tennessee nonprofit corporation, Students for a Conservative Voice, a registered student organization at University of Minnesota, | Civil No. 18-1864 (SRN/HB) |
| Plaintiffs, | **ORDER REGARDING DEFENDANTS' TELEPHONE APPEARANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| Ben Shapiro, Michael Berthelsen, Vice President of University Services of University of Minnesota, in his official and individual capacities, Matthew A. Clark, Chief of Police of University of Minnesota, in his official and individual capacities, Troy Buhta, Lieutenant of University of Minnesota Police Department, in his official and individual capacities, Erik Dussault, Assistant Director of Student Unions & Activities of University of Minnesota, in his official and individual capacities, | |
| Defendants. | |

---

Pursuant to the unopposed request by Defendants Chief Matthew A. Clark and Lieutenant Troy Buhta that they be excused from appearing in person at the settlement conference scheduled for 9:00 a.m. on August 30, 2019, and in light of the representation by their counsel that "**the parties in attendance will have full authority to settle this matter, as required by the Court**" on their behalf,

**IT IS HEREBY ORDERED** that Chief Matthew A. Clark and Lieutenant Troy Buhta shall be allowed to appear by telephone at the settlement conference under the following conditions:

1. Chief Clark and Lieutenant Buhta must be available by telephone throughout the day, including into the evening should the conference continue past normal business hours, until the Court excuses the parties. They must be available as necessary to engage in discussion with the Court when the Court is discussing options for settlement with their counsel, and at all other times as necessary to discuss options for settlement with their attorneys.

2. They are advised that if for any reason it appears to the Court that their absence is a hindrance to settlement, the Court may order them to appear in person at another settlement conference on a date of the Court's choosing.

Dated:  August 15, 2019     s/ *Hildy Bowbeer*
                                                HILDY BOWBEER
                                                United States Magistrate Judge