**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CIVIL MOTION HEARING**

| | |
|---|---|
| Young America's Foundation, Students for a Conservative Voice, and Ben Shapiro,<br><br>Plaintiffs,<br><br>v.<br><br>Michael Berthelsen, Matthew A. Clark, Troy Buhta, and Erik Dussault,<br><br>Defendants. | **COURT MINUTES – CIVIL**<br>BEFORE: Hildy Bowbeer<br>U.S. Magistrate Judge<br><br>Case No.:  18-cv-1864 (SRN/HB)<br>Date:  September 10, 2019<br>Courthouse:  St. Paul<br>Courtroom:  6B<br>Court Reporter:  Carla Bebault<br>Time in Court:  4:02–4:43 p.m. |

**APPEARANCES:**

For Plaintiffs: Tyson Langhofer
For Defendants: Carrie Ryan Gallia

**PROCEEDINGS:**

The Court held a hearing on Plaintiffs' Motion for Leave to Amend the Amended Complaint [Doc. No. 48]. Ruling from the Bench for the reasons stated fully on the record, the Court **GRANTED** the motion. Plaintiffs shall filed the Second Amended Complaint on or before Friday, September 13, 2019. No written order shall be issued, and the Court's oral ruling shall serve as the order for the purpose of any appeal pursuant to D. Minn. LR 72.2.

*s/Adrienne Meyers*
Judicial Law Clerk
