# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Young America's Foundation; Students for a Conservative Voice; and Ben Shapiro,<br><br>      Plaintiffs,<br><br>  v.<br><br>Michael Berthelsen, in his official and individual capacities; Matthew A. Clark, in his official and individual capacities; Troy Buhta, in his official and individual capacities; Erik Dussault, in his official and individual capacities; and Eric Kaler, in his individual capacity.<br><br>      Defendants. | Civil No. 18-cv-01864 (SRN/HB)<br><br><br><br><br>**DEFENDANTS' NOTICE OF HEARING ON THEIR MOTION FOR SUMMARY JUDGMENT** |

**TO:** All parties and their counsel of record.

**PLEASE TAKE NOTICE** that on April 7, 2020, at 9:30 a.m. or as soon thereafter as the parties may be heard, in Courtroom 7B in the United States Courthouse, 316 North Robert Street, St. Paul MN, 55101, before the Honorable Susan Richard Nelson, United States District Court for the District of Minnesota, Defendants Michael Berthelsen, Matthew A. Clark, Troy Buhta, Erik Dussault, and Eric Kaler will move the Court for entry of an order of summary judgment.

Dated: February 25, 2020

DOUGLAS R. PETERSON
General Counsel
University of Minnesota


By:   s/ Carrie Ryan Gallia
Brian J. Slovut (#236846)
Deputy General Counsel
Dan Herber (#0386408)
Senior Associate General Counsel
Carrie Ryan Gallia (#0390479)
Associate General Counsel
Office of the General Counsel
360 McNamara Alumni Center
200 Oak Street SE
Minneapolis MN 55455-2006
(612) 624-4100

Attorneys for Defendants