# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Young America's Foundation, Students for a Conservative Voice, Ben Shapiro | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 18-cv-01864-SRN-HB |
| Michael Berthelsen, Matthew A. Clark, Troy Buhta, Erik Dussault | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' Motion for Summary Judgment (Doc. No. 62) is **GRANTED** in its entirety, and Plaintiffs' Motion for Summary Judgment (Doc. No. 68) is **DENIED**. Plaintiffs' Second Amended Complaint (Doc. No. 58) against Defendants is dismissed with prejudice.

Date: 8/31/2020

KATE M. FOGARTY, CLERK